IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 18-cr-00463-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MELVIN ROSHARD ALFRED,

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court on the defendant's Motion *In Limine* to Exclude Photographs Identified in Government's Listed Exhibits 6 and 8 [Docket No. 106]. Defendant argues that certain "photographs and memes" from defendant's Tagged account that the United States indicates that it intends to use at trial are irrelevant and inadmissible pursuant to Fed. R. Evid. 403 and 404(b). Docket No. 106 at 1-2.

    The Court finds that, except for the images previously excluded by the Court, *see* Docket No. 100, these images are admissible. First, as the Court has previously ruled, photographs and memes from the Tagged account are relevant and intrinsic. *See* Docket No. 100 (noting that "other meme images shall be permitted"). Accordingly, defendant cannot sustain his objection on relevance or 404(b) grounds. Second, defendant has not shown that use at trial of the specific image he objects to, *see* Docket No. 106-1 at 6, would cause unfair prejudice that substantially outweighs its probative value or that it would confuse the issues in the case. The meme is probative

because the largest lettering states "I'm a pimp." As for prejudice, defendant suggests that the image is "likely to evoke fear and disquiet." Docket No. 106 at 3. The Court already excluded certain memes based on the likelihood that the jury would misinterpret the memes and associate the defendant with violence. The likelihood of the jury misinterpreting this meme or associating the defendant with violence is far less likely. The image does not directly depict violence against a person, and the point of the meme is that the defendant is not Jason in a hockey mask. The probative value of the meme is not substantially outweighed by the risk of unfair prejudice to the defendant or of misleading the jury. The Court has reviewed each of the other images challenged by the defendant and rules similarly.

It is therefore

**ORDERED** that the defendant's Motion *In Limine* to Exclude Photographs Identified in Government's Listed Exhibits 6 and 8 [Docket No. 106] is denied.

DATED April 7, 2019.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
Chief United States District Judge